IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

TONYA ASH-ROBINSON;
ADREANNE WALKER; RODNEY LEWIS;
AARON BURTON; CYNTHIA DYKES; and
KEVIN HILL                                                                              PLAINTIFFS

v.                              No: 4:20-cv-1239-DPM

HOME TO COMMUNITY LIVING, INC and
REESHEMA BRITT                                                                    DEFENDANTS

## ORDER

The joint motion, *Doc. 35*, is granted. The proposed settlement is fair, reasonable, and adequate. *Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350, 1353 (11th Cir. 1982); *see also Barbee v. Big River Steel, LLC*, 927 F.3d 1024, 1027 (8th Cir. 2019); *Melgar v. OK Foods*, 902 F.3d 775, 779 (8th Cir. 2018). It reflects a good-faith compromise of *bona fide* wage-and-hour disputes. And the parties are negotiating the attorney's fee separately. Any motion for costs and the attorney's fee is due by 26 May 2022. Judgment will issue after any fee dispute is resolved.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

27 April 2022