IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

TONYA ASH-ROBINSON;
ADREANNE WALKER; RODNEY LEWIS;
AARON BURTON; CYNTHIA DYKES; and
KEVIN HILL                                                              PLAINTIFFS

v.                          No: 4:20-cv-1239-DPM

HOME TO COMMUNITY LIVING, INC and
REESHEMA BRITT                                                        DEFENDANTS

## JUDGMENT

The amended complaint is dismissed with prejudice. The Court retains jurisdiction until 24 August 2022 to enforce the parties' settlement.

_____
D.P. Marshall Jr.
United States District Judge

27 May 2022